No. 83. CENTRAL OF GEORGIA RAILWAY CO. *v.* JONES ET AL.; and

No. 231. JONES ET AL. *v.* CENTRAL OF GEORGIA RAILWAY CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these applications. *John B. Miller* and *W. H. Sadler, Jr.* for the Central of Georgia Railway Co. *Joseph*

*L. Rauh, Jr.* and *John Silard* for Jones et al. *Al G. Rives* and *J. K. Jackson* for the Brotherhood of Railroad Trainmen, respondent in No. 231. Reported below: 229 F. 2d 648.